# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

ELVIRA VEKSLER,

                Plaintiff,                              22 **CIVIL** 6118 (JPO)

    -against-                                    **JUDGMENT**

WIPRO, LLC,

                Defendant.

-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 10, 2025, Wipro's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      February 10, 2025

                                                          **TAMMI M. HELLWIG**

                                                            **Clerk of Court**

                               **BY:**       *K. Mango*

                                                            **Deputy Clerk**